TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-00011-SBP-1

Case title: USA v. Lucsok

Date Filed: 01/21/2026

Other court case number: 26-cr-5-JJM-2 USDC for the District of Rhode Island

Date Terminated: 01/21/2026

Assigned to: Magistrate Judge Susan Prose

### Defendant (1)

**Anna Lucsok**
*TERMINATED: 01/21/2026*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1349-Conspiracy to Commit Mail Fraud, Health Care Fraud and Securities Fraud; 18 U.S.C. § 1347 -Health Care Fraud; 18 U.S.C. § 1341 - Mail Fraud; 18 U.S.C. § 1028A-Aggravated Identity Theft; and 18 U.S.C. § 2 -Aiding and Abetting. | |

### Plaintiff

USA     represented by **Daniel Robert McIntyre**
U.S. Attorney's Office

District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Email: daniel.mcintyre@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]
[Email USA and Individual Defendant Attorney(s)]
[Email USA, Individual Defendant Attorney(s), and Additional Recipients]

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 01/21/2026 | 1 | ☐ | RULE 5 AFFIDAVIT as to Anna Lucsok (1) from the District of Rhode Island. (Attachments: # 1 Indictment, # 2 Criminal Information Sheet) (agryan) (Entered: 01/21/2026) |
| 01/21/2026 | 2 | | Arrest of Anna Lucsok. Initial Appearance - Rule 5 set for 1/21/2026 02:00 PM in Courtroom A 502 before Magistrate Judge Susan Prose. Text only entry. (agryan) (Entered: 01/21/2026) |
| 01/21/2026 | 3 | ☑ | Passport Receipt as to Anna Lucsok. Surrender of passport re Bond Conditions; Passport Number A65522416 issued by USA (agryan) (Entered: 01/21/2026) |
| 01/21/2026 | 4 | | MINUTE ENTRY for Initial Appearance in Rule 5(c)(3) Proceedings as to Anna Lucsok held on 1/21/2026 before Magistrate Judge Susan Prose. Defendant present in custody. Defendant advised. Waiver of Preliminary Hearing accepted and entered. Government does not seek detention. Conditions of bond set. Defendant ordered to appear in charging district on February 4, 2026, at 11:00 a.m. Defendant advised of conditions of bond and remanded for processing and release. Hearing concluded. FTR: A 502. (Total time: 21 minutes, Hearing time: Group advisement 2:37 - 2:40, 2:53 - 3:11) Text Only Entry.<br><br>**APPEARANCES:** Dan McIntyre on behalf of the Government, Bill Leone on behalf of the defendant, Meaghan Mills on behalf of pretrial.(sjeff) (Entered: 01/22/2026) |
| 01/21/2026 | 5 | ☑ | WAIVER of Rule 5 & 5.1 Hearings by Anna Lucsok. (sjeff) (Entered: 01/22/2026) |
| 01/21/2026 | 6 | ☑ | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING as to Anna Lucsok by Magistrate Judge Susan Prose on 01/21/2026. (sjeff) (Entered: 01/22/2026) |
| 01/21/2026 | 7 | ☑ | ORDER by Magistrate Judge Susan Prose on 1/21/2026, Setting Conditions of Release as to Anna Lucsok (1). Appearance Bond. (sjeff) (Entered: 01/22/2026) |
| 01/21/2026 | 8 | ☑ | Unsecured Bond Entered as to Anna Lucsok in amount of $ 10,000.00. (sjeff) (Entered: 01/22/2026) |
| 01/21/2026 | 9 | | Notice to District of Rhode Island of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court |

| | | | |
|---|---|---|---|
| | | | via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Anna Lucsok Your case number is:1:26-cr-5-JJM-PAS-2. (Text Only Entry) (sjeff) (Entered: 01/22/2026) |
| 01/21/2026 | 10 | | MAGISTRATE CASE TERMINATED as to Anna Lucsok by Magistrate Judge Susan Prose on 1/21/2026. Text Only Entry (sjeff) (Entered: 01/22/2026) |

[View Selected]

or

[Download Selected]

PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

[✓] **Original Notice**
Date: 01/21/2026
By: s/ E. Cha

[ ] **Notice of Disposition**
Date:
By:

Defendant: Anna Lucsok
Date of Birth: ██/1985
SSN:

Case Number: 26-mj-11-SBP
Place of Birth: Ukraine

**Notice of Court Order** (Order Date: 01/21/2026 )

[✓] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number A65522416 and/or passport card number N/A to the custody of the U.S. District Court on 01/21/2026.

### NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
ANNA LUCSOK

Defendant

Case No. 1:26-mj-00012-SBP

Charging District's Case No.   1:26-cr-5-JJM-PAS-12

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Rhode Island

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/21/2026

*Defendant's signature*

*Signature of defendant's attorney*

William J. Leone
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:26-mj-00011-SBP |
| | ) | |
| ANNA LUCSOK | ) | Charging District: District of Rhode Island |
| Defendant | ) | Charging District's Case No. 1:26-cr-5-JJM-PAS-2 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: One Exchange Terrace Federal Building and Courthouse Providence, RI 02903 | Courtroom No.: B |
|---|---|
| | Date and Time: 2/4/2026 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: January 21, 2026

_____
Judge's signature

_____
Printed name and title

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Anna Lucsok<br><br>*Defendant* | )<br>)<br>)   Case No. 1:26-mj-00011-01<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
   *Place*

   One Exchange Terrace, Federal Building and Courthouse, Providence, RI  02903

   on _____February 4, 2026 at 11:00 a.m. and thereafter as directed_____
   *date and time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                                                                                         *Custodian*                      *Date*

( ☐ )(a) The defendant must reside with the third party custodian at an address approved by the pretrial services office or supervising officer.

( ☑ ) (7) The defendant must:

   ( ☑ )(a) Submit to supervision by and report for supervision to: 1929 Stout St., Suite C-120, Denver, CO 80294 / (303) 844-5424 *[handwritten: and the District of Rhode Island for court]*

   ( ☑ )(b) continue or actively seek employment, if legally allowed to do so.

   ( ☐ )(c) continue or start an education program.

   ( ☑ )(d) surrender any passport to the Clerk, U.S. District Court within 2 business days.

   ( ☑ )(e) not obtain a passport or other international travel document.

   ( ☑ )(f) abide by the following restrictions on personal association, residence, or travel:

      Travel is restricted to the District of Colorado without prior permission from the Court.

   ( ☑ )(g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

   ( ☐ )(h) participate in medical, psychiatric, and/or mental health treatment as directed by the pretrial services office or supervising officer:

   ( ☐ )(i) pay all or part of the cost of psychiatric and/or mental health treatment based upon your ability to pay as determined by the pretrial services office or supervising officer.

   ( ☐ )(j) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:

   ( ☐ )(k) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary and follow the rules of that facility.

   ( ☑ )(l) not possess a firearm, destructive device, or other weapon.

   ( ☑ )(m) not use alcohol ( ☐ ) at all ( ☑ ) excessively.

   ( ☑ )(n) Except as authorized by court order, the defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (o) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (p) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (q) pay all or part of the cost of substance abuse treatment and/or testing based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ☑ ) (r) participate in one of the following location restriction programs and comply with its requirements as directed.

   ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

   ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

   ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

   ( ☑ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
   Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ☑ ) (s) submit to the following location monitoring technology and comply with its requirements as directed:

   ( ☐ ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer; or

   ( ☐ ) (ii) Radio Frequency; or

   ( ☑ ) (iii) GPS.

   ( ☐ ) (iv)

( ☑ ) (t) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ☑ ) (u) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (v) The defendant shall not act as an informant for any law enforcement agency without prior permission of the Court.

( ☐ ) (w) The defendant will not open, or cause to be opened, any new bank account, credit account, or line of credit in the name of any individual, business, trust, or other business entity.

( ☐ ) (x)

( ☐ ) (y)

( ☐ ) (z)

( ☐ ) (aa)

( ☐ ) (bb)

( ☐ ) (cc)

( ☐ ) (dd)

( ☐ ) (ee)

AO 199C (Rev. 09/08) Advice of Penalties                                                                                           Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: January 21, 2026

_____
*Judicial Officer's Signature*

Susan Rose, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Anna Lucsok<br>*Defendant* | )<br>)<br>) Case No. 1:26-mj-00011-01<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Anna Lucsok_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ( **✗** ) to appear for court proceedings;
- ( **✗** ) if convicted, to surrender to serve a sentence that the court may impose; or
- ( **✗** ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)  This is a personal recognizance bond.

( **✗** ) (2)  This is an unsecured bond of $ __10,000.00__ .

(    ) (3)  This is a secured bond of $ _____ , secured by:

    (    ) (a) $ _____ , in cash deposited with the court.

    (    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____                           _____
                                                 *Defendant's signature*

_____                      _____
*Surety/property owner – printed name*           *Surety/property owner – signature and date*

_____                      _____
*Surety/property owner – printed name*           *Surety/property owner – signature and date*

_____                      _____
*Surety/property owner – printed name*           *Surety/property owner – signature and date*

### CLERK OF COURT

Date: _____                           _____
                                                 *Signature of Clerk or Deputy Clerk*

Approved.

Date: January 21, 2026                          _____
                                                 *Judge's signature*