IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA     )
     )
    Vs.     )     Case No:  1:26-cr-00005-JJM-PAS
     )
ANNA LUCSOK,     )
    Defendant     )

### DEFENDANT LUCSOK'S ASSENTED TO MOTION FOR LEAVE TO TRAVEL

Defendant ANNA LUCSOK, by and through her undersigned counsel, hereby moves the Court for leave to travel to Florida between May 1, 2026 and May 6, 2026. In support thereof, Ms. Lucsok submits the following:

1.    On January 14, 2026, Ms. Lucsok was indicted by a grand jury in the District of Rhode Island. Dkt. No. 3.

2.    On January 21, 2026, Ms. Lucsok was arrested in the District of Colorado, where she resides, and made her initial appearance in Rule 5 proceedings before U.S. Magistrate Judge Susan Prose. At that hearing Ms. Lucsok was ordered released on a $10,000 unsecured bond with conditions including stand-alone monitoring with GPS technology.

3.    Since her release, Ms. Lucsok has been compliant with all her release conditions.

4.    On March 30, 2026, Ms. Lucsok appeared before the Court for her arraignment. At the arraignment, the Court slightly modified Ms. Lucsok's conditions of release and, at the Government's request, allowed Ms. Lucsok's GPS monitoring device to be removed. *See* Dkt. No. 41. One condition that has remained constant, however, is that Ms. Lucsok may only travel within the state of Colorado and to Rhode Island for purposes of this case. Dkt. No. 41.

5.    At the arraignment, Ms. Lucsok noted for the Court that she wishes to travel to Florida the first week of May. The Government did not object to this request.

1

6.    Ms. Lucsok seeks to travel to Fort Myers, Florida with a close friend on May 1, 2026. She will depart on United Airlines flight 2601, scheduled to leave Denver at 9:35 a.m. and arrive in Fort Myers at 3:25 p.m. The purpose of this part of her trip is to visit her friend's mother, who is currently undergoing cancer treatment. Ms. Lucsok will stay in Fort Myers with her friend for two to four days.

7.    After her visit in Fort Myers, Ms. Lucsok intends to drive to Miami, Florida to visit her daughter who is finishing her first year of college at the University of Miami. Ms. Lucsok plans to visit with her daughter and to help her move back to Colorado. This is increasingly important as Ms. Lucsok's daughter suffered a small injury and is currently on crutches.

8.    Ms. Lucsok will return to Denver with her daughter on May 6, 2026. She will depart on United Airlines flight 2852 scheduled to leave Miami at 3:25 p.m. and arrive in Denver at 6:09 p.m.

9.    First Assistant U.S. Attorney Dulce Donovan has indicated that her office assents to this Motion.

10.    If granted, Ms. Lucsok will coordinate all her travel arrangements with Pretrial Services.

In consideration of the foregoing, the Defendant, ANNA LUCSOK, respectfully requests that the Court grant this Motion and enter an Order allowing Ms. Lucsok to travel to Fort Myers and Miami, Florida from May 1 to May 6, 2026 to visit her friend's mother and Ms. Lucsok's daughter, respectively.

Respectfully submitted this 16th day of April, 2026.

ANNA LUCSOK, Defendant
By Her Attorneys

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esq., Bar No. 6115
McLaughlinQuinn LLC
148 West River Street, Suite 1E
Providence, RI 02904
Telephone: 401.655.2205
Facsimile: 401.421.5141
E-Mail: chuck@mclaughlinquinn.com

William Leone (*pro hac vice*)
Colorado Bar No. 11403
Norton Rose Fulbright US LLP
1225 Seventeenth St., Ste. 3050
Denver, CO 80202
Telephone: 303.801.2750
Email: William.Leone@nortonrosefulbright.com

## CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered Participants on April 16, 2026.

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esq., Bar No. 6115
McLaughlinQuinn LLC
148 West River Street, Suite 1E
Providence, RI 02904
Telephone: 401.655.2205
Facsimile: 401.421.5141
E-Mail: chuck@mclaughlinquinn.com

3